December 3, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

INDEPENDENCIA DE LA CRUZ, Appellant

NO. 14-15-00520-CV                              V.

HOUSTON COMMUNITY COLLEGE, Appellee

_____

Today the Court heard the parties joint motion to dismiss the appeal from the judgment signed by the court below on May 15, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.